- CHARTER of the CITY OF CINCINNATI
Article V. CIVIL SERVICE

## Article V. CIVIL SERVICE

*Fire Force*[1]



### Section 6.

The members of the fire force engaged in fire protection services shall consist of the following ranks:

1. Chief
2. Assistant Chief
3. District Chief
4. Captain
5. Lieutenant
6. Fire Specialist
7. Fire Apparatus Operator
8. Fire Fighter
9. Fire Recruit

The positions of fire chief and assistant fire chief shall be in the unclassified civil service of the city and exempt from all competitive examination requirements. The city manager shall appoint the fire chief and the assistant fire chiefs to serve in said unclassified positions. The fire chief and assistant fire chiefs shall be appointed solely on the basis of their executive and administrative qualifications in the field of fire prevention and suppression and need not, at the time of appointment, be residents of the city or state. The fire chief may be removed at any time by the city manager. After the fire chief has served six months, he or she shall be subject to removal only for cause including incompetency, inefficiency, dishonesty, insubordination, unsatisfactory performance, any other failure of good behavior, any other acts of misfeasance, malfeasance, or nonfeasance in office, or conviction of any felony. If removed for cause the fire chief may demand written charges and the right to be heard thereon before the city manager. Pending the completion of such hearing the city manager may suspend the fire chief from office. The incumbent officers in the fire chief and assistant fire chief positions as of November 6, 2001 shall remain in the classified civil service until their position becomes vacant after which time the positions shall be filled according to the terms of this section.

Within the ranks below that of assistant chief, the council shall establish such special positions having special duties with preferential pay as the council deems necessary, but the existence of such special positions shall not establish eligibility for promotion to the next higher rank. No special position established by council within the ranks below that of assistant chief shall be filled without promotional examination.

(Amended by Ord. No. 304-1986, eff. Sept. 4, 1986; election of Nov. 4, 1986; amended by Ord. No. 238-2001, eff. Nov. 6, 2001; election of Nov. 6, 2001; amended by Emer. Ord. No. 254-2014, eff. Nov. 4, 2014; election of Nov. 4, 2014)

---

[1]This heading does not constitute part of the text of the charter of the city of Cincinnati. It was added solely for convenience in identifying subject matter in the January, 1969 republication of the charter by the clerk of council.

Cincinnati, Ohio, Code of Ordinances   Created: 2023-03-22 15:47:59 [EST]
(Supp. No. 42, Update 1)

Page 1 of 1