Appendix A





### CITY OF CINCINNATI
### FIRE DEPARTMENT
#### 2023
#### PHASE 1 SUMMARY

# WORKSTRONG®

## TRAINING GOAL

Phase 1: WHW will provide 36 in-person training sessions for Cincinnati Fire Department leadership reaching 204 officers encompassing:
6 Executive Fire Officers including the HR Division
All District Fire Chiefs = 23,
All Fire Captains=53
All lieutenants=140

## TRAINING COMPLETED

Provided 28 in-person, on-site 90 minute training sessions between 2/7-2/23/2023, reaching 202 officers. 8 sessions had no attendees.

## DEMOGRAPHICS

**Gender:**
70% Male
4% Female
2% Other

**Race:**
56% Caucasian (White)
17% African American (Black)
3% Appalachian
2% Mixed Race or Multi-Racial
1% Native American
    Pacific Islander
    Middle Eastern
    Other

**"It promoted a conversation that has long been overdue."**

**"That it actually happened showing that there is real care for the welfare of the department members."**

## NEXT STEPS

Phase 2- Online Modules for remaining Department will be accessible beginning March 20, 2023. WHW will work with City Manager's Office to provide language that can be communicated to workforce in advance of rollout.

## LEARNING OUTCOMES

Identify at least three signs of gender-based violence in the workplace



17% INCREASE

Utilize one bystander intervention technique to prevent workplace gender-based violence



33% INCREASE

Provide resources available for survivors of gender-based violence



82% INCREASE

EXHIBIT B