# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL WASHINGTON,** | : | Case No. 1:23-cv-230 |
| | : | |
| Plaintiff, | : | **JUDGE DOUGLAS R. COLE** |
| | : | |
| v. | : | |
| | : | **ORDER** |
| **CITY OF CINCINNATI, OHIO,** | : | |
| et al., | : | |
| | : | |
| Defendants. | : | |

---

Defendants' motion for an extension of time to answer or otherwise plead regarding the Amended Complaint is hereby GRANTED. Defendants are to file by March 22, 2024.

**IT IS SO ORDERED.**

_____
DOUGLAS R. COLE
UNITED STATES DISTRICT JUDGE

{00397868-1}  1