EXHIBIT 17

**Pennington, Kim**

| | |
|---|---|
| **From:** | Washington, Michael (Chief) |
| **Sent:** | Wednesday, January 4, 2023 12:17 PM |
| **To:** | Smith, Sherman |
| **Cc:** | Long, Sheryl |
| **Subject:** | Women Helping Women (WHW) Sexual Harassment Awareness Training In-Service |

Hello Assistant Fire Chief,

As you know, with the current environment within the Cincinnati Fire Department, and the pending climate assessment headed our way, we must prepare ourselves for more active preventative measures. As I spoke to you all earlier last month, the CMO has partnered with WHW to conduct periods of instruction with all members of the fire department, both sworn and non-sworn.

As I mentioned previously, WHW will be tasked with information delivery. I would suggest back-fill overtime to cover members that will be attending on duty if necessary. I would incentive the overtime, with eight-hour coverages.

I am tasking you with putting together a plan of action, for the CFD to assist with scheduling the 1-1/2 hour in-person periods of instruction to be delivered to the following ranks.

1 = FCO

5 = A/Cs

23 = D/Cs

54 = Capt.'s

121 Lt.'s

The remaining members will be given the same instructional information by way of Vector Solutions in an online format, there will be two-45-minute sessions, that will be mandatory for each member to complete in a prescribed timeline. This needs to be a top priority. Deadline 01/13/2023. Thanks

V/r,

Michael A. Washington
Fire Chief
430 Central Ave, Floor 2
Cincinnati, Ohio 45202
513-352-6221 (O)
513-659-6454 (C)
michael.washington@cincinnati-oh.gov

*"A closed door may slow the spread of smoke, heat, and fire. Install smoke alarms in every sleeping room and outside each separate sleeping area" Please this could save your life!*

CITY 000701