EXHIBIT 18

|  | **Train The Trainer** |  | $25,000 upon agreement<br><br>$5,000 renewal after initial 2-year term |
|---|---|---|---|
|  |  | Estimated Phase 3 total | $39,000 |
|  | ALWAYS INCLUDED |  |  |
|  |  |  |  |
| As Identified by City of Cincinnati/ Fire Department | **Technical Assistance** | $250/hr |  |
|  | TOTAL ESTIMATED COST PHASE 1, 2, AND PHASE 3 |  | $108,875 |

{00378012-3}

CITY 000965

# EXHIBIT C
# WAIVER OF ADMINISTRATIVE REGULATION NO. 23



city of
CINCINNATI
Interdepartment Correspondence Sheet

**DATE:** January 18, 2023

**TO:** Bobbi Hageman, Chief Procurement Officer

**FROM:** Ed Ramsey, Director, Department of Human Resources

**CC:** Kelly Carr, Deputy Director, Department of Human Resources

**SUBJECT:** Direct Award Request in accordance with CMC 321-87 to Women Helping Women for "Workstrong" Training for Cincinnati Fire Department.

---

The Department of Human Resources (HR) is requesting a waiver of competition in accordance with CMC 321-87 for the purchase of a three phased "Workstrong" training program to support the Cincinnati Fire Department.

Women Helping Women, the region's leading advocate for survivors of domestic violence and sexual assault, developed the "Workstrong" certification program to empower organizations to address issues around gender-based violence. The training program provides practical skills for leaders and employees to align their values and traditions with policy and best practices for more equitable and psychologically safe workplaces.

The proposal in support of the Cincinnati Fire Department will be broken into three initial phases at a CY23 cost of $93,875 and subsequent annual license fees of $5,000. HR recommends the contract term to be 1 year with 2 optional 1 year renewals, at a total contract amount not to exceed $108,875. A detailed scope of work is attached but in summary includes the following phases:

Phase 1: Policy review and in-person training for CFD leadership & CFD HR
Phase 2: An online learning management system with two 45-minute modules for all 550 remaining CFD employees.
Phase 3: In-person training for the estimated 50 new recruits and a train the trainer program

Based on the above facts HR believes it is in the best interest of the City to waive competition for this purchase.

If you have any questions, please contact Kelly Carr at X3486.

_Bobbi Hageman_  01/25/2023
Bobbi Hageman, Chief Procurement Officer    Date

_Sheryl M.M. Long_  1/25/23
Sheryl M.M. Long, City Manager    Date