**Pennington, Kim**

EXHIBIT 20

| | |
|---|---|
| **From:** | Washington, Michael (Chief) |
| **Sent:** | Thursday, February 16, 2023 6:18 PM |
| **To:** | Long, Sheryl; Weber, William; Tallent, Virginia |
| **Cc:** | Jamison, Eric; Bohl, Jennifer; Smith, Sherman |
| **Subject:** | Recap SIET Meeting today with the Cincinnati Fire Department (CFD) |

Recap SIET Meeting today with the Cincinnati Fire Department (CFD)

1. **Training** – Women Helping Women (WHW) Gender-based Violence Training, second, third and fourth week of February 2023. CMO will send a message to the CFD ERG for any information that could improve future course deliveries. Assistant Chief Smith will provide the identities for members of the ERG that have attended this training so the CMO can make contact, March 1, 2023.

2. **Female Firefighter Mentorship Program** – develop a mentorship program for female firefighters in the CFD, try to identify those both male and female firefighters that would like to participate, third quarter of 2023.

3. **Develop a disciplinary** matrix for the CFD by April 2023, this task was given to Assistant Fire Chief Smith of Human Resources Division.

4. **Renovated Female Firefighter Facilities** – Check with Facilities Management to determine hard project start dates, for fire stations 17, 18, 46 and 51.

5. **Communications Message** to fire department regarding personal behavior both on and off duty, CMO and Fire Chief will deliver video message, the Fire Chief will also send out a General Notice to the CFD. March 2023.

Thanks

V/r,

Michael A. Washington
Fire Chief
430 Central Ave, Floor 2
Cincinnati, Ohio 45202
513-352-6221 (O)
513-659-6454 (C)
michael.washington@cincinnati-oh.gov

*"A closed door may slow the spread of smoke, heat, and fire. Install smoke alarms in every sleeping room and outside each separate sleeping area" Please this could save your life!*