**Pennington, Kim**

EXHIBIT 21

| | |
|---|---|
| **From:** | Washington, Michael (Chief) |
| **Sent:** | Friday, March 4, 2022 2:15 PM |
| **To:** | King, Angela |
| **Subject:** | Re: CFD upgrades - female facilities |

Can you call me at 513-884-1505?

Michael A. Washington
Fire Chief
513-352-6221 (Office)
513-659-6454 (Mobile)

---

**From:** King, Angela <angela.king@cincinnati-oh.gov>
**Sent:** Friday, March 4, 2022 2:02:13 PM
**To:** Coldiron, Steve <Steve.Coldiron@cincinnati-oh.gov>
**Cc:** Washington, Michael (Chief) <Michael.Washington@cincinnati-oh.gov>
**Subject:** Fw: CFD upgrades - female facilities

Hi Steve,

I am forwarding you this email chain so you are in the loop. It looks like the Chief is going to share with ERG. My recommendation would be to set up a meeting with ERG so we can walk you all through our recommendations and make sure we did not miss anything.

I also want to affirm this is still early in planning and nothing is set in stone or even close to it for that matter. It should be emphasized that this is more draft like than a final copy.

Have a great weekend!

**Angela King, AIA, NOMA**
PRINCIPAL ARCHITECT
City Facility Management
1408 Queen City Avenue
Cincinnati, OH 45214
(513)352-5406

*Facility Management ~Providing services through architecture, planning design, property management, and maintenance of city-owned buildings.*

---

**From:** Washington, Michael (Chief) <Michael.Washington@cincinnati-oh.gov>
**Sent:** Friday, March 4, 2022 12:53 PM
**To:** Koopman, Joel <Joel.Koopman@cincinnati-oh.gov>; Long, Sheryl <Sheryl.Long@cincinnati-oh.gov>; Hageman, Bobbi <Bobbi.Hageman@cincinnati-oh.gov>
**Cc:** Wilkerson, Jerry <Jerry.Wilkerson@cincinnati-oh.gov>; Rowekamp, Matt <Matt.Rowekamp@cincinnati-oh.gov>; King, Angela <angela.king@cincinnati-oh.gov>
**Subject:** Re: CFD upgrades - female facilities

Thanks, Joel, for your efforts. CFD will share with ERG

Michael A. Washington
Fire Chief
513-352-6221 (Office)
513-659-6454 (Mobile)

---

**From:** Koopman, Joel <Joel.Koopman@cincinnati-oh.gov>
**Sent:** Friday, March 4, 2022 12:35:21 PM
**To:** Long, Sheryl <Sheryl.Long@cincinnati-oh.gov>; Washington, Michael (Chief) <Michael.Washington@cincinnati-oh.gov>; Hageman, Bobbi <Bobbi.Hageman@cincinnati-oh.gov>
**Cc:** Wilkerson, Jerry <Jerry.Wilkerson@cincinnati-oh.gov>; Rowekamp, Matt <Matt.Rowekamp@cincinnati-oh.gov>; King, Angela <angela.king@cincinnati-oh.gov>
**Subject:** Fw: CFD upgrades - female facilities

As we discussed Monday CFM had a meeting to review all the Fire Stations and address the list of requests from the Female Fire Fighters. We looked at each station and determined the most efficient way to achieve most of the requests. Attached are CFM's recommendations.

A total cost is shown, and CFM is ready to proceed once they receive agreement back on this course of action.  If the TPA is in place soon some of these would be perfect for that contracting method otherwise it will be using MAC contracts to complete designs and then bid documents.

You will see on Fire Station 20 due to the small size of the building verse the number of staff assigned there is no feasible way to meet the requests inside the existing building. An addition to the building would most likely be the only solution but due to property limitations and cost nearing $2,00,000 CFM does not recommend altering this building at this time.