**Pennington, Kim**

EXHIBIT 22

| | |
|---|---|
| **From:** | Washington, Michael (Chief) |
| **Sent:** | Tuesday, March 15, 2022 3:41 PM |
| **To:** | Koopman, Joel; Long, Sheryl; Hageman, Bobbi |
| **Cc:** | Wilkerson, Jerry; King, Angela |
| **Subject:** | Re: Fire Department Upgrades - female facilities |

Thank Joel with working with my team. I will eagerly share with the ERG and others. Thanks

V/r,

Michael A. Washington
Fire Chief
430 Central Ave, Floor 2
Cincinnati, Ohio 45202
513-352-6221 (O)
513-659-6454 (C)
michael.washington@cincinnati-oh.gov

*"A closed door may slow the spread of smoke, heat and fire. Install smoke alarms in every sleeping room and outside each separate sleeping area" Please this could save your life!*

---

**From:** Koopman, Joel <Joel.Koopman@cincinnati-oh.gov>
**Sent:** Tuesday, March 15, 2022 3:11 PM
**To:** Washington, Michael (Chief) <Michael.Washington@cincinnati-oh.gov>; Long, Sheryl <Sheryl.Long@cincinnati-oh.gov>; Hageman, Bobbi <Bobbi.Hageman@cincinnati-oh.gov>
**Cc:** Wilkerson, Jerry <Jerry.Wilkerson@cincinnati-oh.gov>; King, Angela <angela.king@cincinnati-oh.gov>
**Subject:** Fire Department Upgrades - female facilities

Good afternoon, Chief,

First thank you for taking the time to sit with CFM's Architecture Section and two representatives of Fire's Employee Resource Group (ERG) to focus on the female facility upgrades. I know it clarified questions our team had and allowed them to provide details on what was feasible not just cost effective in CFD's 26 buildings.  I attached the updated listing of the recommended projects as well as the spreadsheet showing details of the initial requests with the back-and-forth comments you reviewed with the ERG.  Right now, the estimate for all this work is $3,200,000 including contingency and design fees.

Even though the final approval from your team is still needed CFM has reached a logical set of projects that can be started. CFM will begin work with Purchasing to get design work under contract on larger projects and have things ready to use the TPA contract once it is in place for the smaller easier projects.  Our understating is the two representatives from the ERG agreed to the projects during the meeting but asked that once things were updated, they had a chance to share the plan with a larger group of their co-workers. Please share this information with the ERG and anyone who may have additional good input to make the final solution better.  CFM will begin the necessary steps with Purchasing for the work CFM can get moving while any final comments are collected, and you give the full greenlight.

CITY 001104

Good posting from twitter of the meeting!



---

**From:** King, Angela <angela.king@cincinnati-oh.gov>
**Sent:** Monday, March 14, 2022 1:09 PM
**To:** Koopman, Joel <Joel.Koopman@cincinnati-oh.gov>
**Cc:** Penick, Mureka <Mureka.Penick@cincinnati-oh.gov>
**Subject:** Re: CFD upgrades - female facilities

Joel,

Attached are the revisions per our discussion this morning. If okay let's send over to CFD so they can share with the ERG group for review.

Thanks,

**Angela King, AIA, NOMA**
PRINCIPAL ARCHITECT
City Facility Management
1408 Queen City Avenue
Cincinnati, OH 45214
(513)352-5406

*Facility Management ~Providing services through architecture, planning design, property management, and maintenance of city-owned buildings.*

---

**From:** King, Angela <angela.king@cincinnati-oh.gov>
**Sent:** Thursday, March 10, 2022 2:19 PM
**To:** Koopman, Joel <Joel.Koopman@cincinnati-oh.gov>; Rowekamp, Matt <Matt.Rowekamp@cincinnati-oh.gov>
**Cc:** Penick, Mureka <Mureka.Penick@cincinnati-oh.gov>
**Subject:** Re: CFD upgrades - female facilities

Good afternoon,

Changes summarized below to recommendations based on meeting with Chief Washington, Cpt Coldiron, two representatives from ERG, Mureka and Mike. Attached are updated files with changes noted in red. Overall, the ERG did not want universal locker rooms. This impacts recommendations at 12, 18, 24, and 51. They were also okay with converting existing spaces on a as needed basis for lactation rooms and/or converting one cubicle to use as a flex space for this purpose.

Please review. The group is waiting on updated recommendations per this morning's discussion to review, approve and suggest priorities. They currently think FH51 and adding cubicles are the greater priorities however they want to have a chance to review and consult the rest of the group. They did not see the recommendations prior to this morning's meeting.

Major Renovations ($1,300,000):
    FH9: Okay
    FH12: Office needs to be maintained. Instead utilize cube 8 and 9 for women's lockers. Men's locker room to remain. Reduction of 200k.
    FH14: Okay
    FH20: ERG agrees renovations are not feasible. Reduction of 2 million.
    FH46: Okay
    FH51: Utilize day room to add fixtures and lockers in women's restroom in lieu of men's locker room. Reduction of 100k.

Minor Renovations ($585,000):
    FH2: Okay but pole hole needs to be maintained.
    FH17: Okay
    FH18: Convert open dorms AND men's locker room to cubicles with lockers.
    FH24: Create dedicated women's locker room using men's locker room space. Add 50k
    FH31: Okay but pole hole needs to be maintained
    FH32: No renovations were recommended; modified to explore utilizing adjacent laundry room and office to add lockers and shower. Add 100k.

CITY 001106

FH34: Okay
FH38: Okay but can use cube #7 for space; add 50k

Add Cubicles Only ($285,000):
FH5: okay but don't use men's locker room
FH7: okay
FH 8: okay
FH 21: okay
FH37: okay
FH49: okay
FH50: no work needed as beds are in individual rooms. Reduction of 50k

No Renovations:
FH3: okay
FH19: okay
FH20: ERG agrees renovations are not feasible. Reduction of 2 million.
FH23: okay
FH29: okay
FH32: move to minor renovations
FH 35: okay

**Angela King, AIA, NOMA**
*PRINCIPAL ARCHITECT*
City Facility Management
1408 Queen City Avenue
Cincinnati, OH 45214
(513)352-5406

*Facility Management ~Providing services through architecture, planning design, property management, and maintenance of city-owned buildings.*

---

**From:** Koopman, Joel <Joel.Koopman@cincinnati-oh.gov>
**Sent:** Friday, March 4, 2022 12:35 PM
**To:** Long, Sheryl <Sheryl.Long@cincinnati-oh.gov>; Washington, Michael (Chief) <Michael.Washington@cincinnati-oh.gov>; Hageman, Bobbi <Bobbi.Hageman@cincinnati-oh.gov>
**Cc:** Wilkerson, Jerry <Jerry.Wilkerson@cincinnati-oh.gov>; Rowekamp, Matt <Matt.Rowekamp@cincinnati-oh.gov>; King, Angela <angela.king@cincinnati-oh.gov>
**Subject:** Fw: CFD upgrades - female facilities

As we discussed Monday CFM had a meeting to review all the Fire Stations and address the list of requests from the Female Fire Fighters. We looked at each station and determined the most efficient way to achieve most of the requests. Attached are CFM's recommendations.

A total cost is shown, and CFM is ready to proceed once they receive agreement back on this course of action.  If the TPA is in place soon some of these would be perfect for that contracting method otherwise it will be using MAC contracts to complete designs and then bid documents.

You will see on Fire Station 20 due to the small size of the building verse the number of staff assigned there is no feasible way to meet the requests inside the existing building. An addition to the building would most likely

be the only solution but due to property limitations and cost nearing $2,00,000 CFM does not recommend altering this building at this time.

5

CITY 001108