EXHIBIT 26

February 7-23, 2023

| Identify at Least Three Signs of Gender-Based Violence in the Workplace (Before) | Identify at Least Three Signs of Gender-Based Violence in the Workplace (After) | Utilize One Bystander Intervention Technique to Prevent Workplace Gender-Based Violence (Before) | Utilize One Bystander Intervention Technique to Prevent Workplace Gender-Based Violence (After) | Provide Resources Available for Survivors of Gender-Based Violence (Before) | Provide Resources Available for Survivors of Gender-Based Violence (After) | What did you like most about this training? | What would you change to make this training better? | Which race/ethnicity do you most closely identify as? | Gender |
|---|---|---|---|---|---|---|---|---|---|
| Confident | Very Confident | Not Very Confident | Confident | Confident | Very Confident | The training was direct and did not dance around issues. I felt the examples and info were good starting points to begin a thought process that a supervisor like me needs. | n/a | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Confident | Very Confident | activities | | African American (Black) | Male |
| Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | Identify different types of intervention | Explain that our role is not to change mindset of survivor or aggressor but to intervene on current actions and provide resources | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | | | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Very Confident | Very Confident | The exercises were helpful and encouraged interaction and feedback | need to know/understand the fire service culture better | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | short and sweet-nice job by all | make it more specific to FD | Caucasian (White) | Male |
| Confident | Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | nothing | have instructor know how to use AV equipment | | |
| Confident | Confident | Confident | Confident | Confident | Confident | N/a | too long | Native American | |
| Confident | Very Confident | Not Very Confident | Confident | Confident | Very Confident | Interaction | More Fire Department Direct | Appalachian | Other (please specify) |
| Confident | Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | 90 min | More Fire Dept Appropriate | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Not Very Confident | Confident | the demonstrations or examples that were used | I would make this training more tailored to what firefighters experience in the firehouse or our workplace, especially when it comes to our sister firefighters. | African American (Black) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | Required training | try not to read slides | Caucasian (White) | Male |

CITY 000382

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Confident | Very Confident | Confident | Very Confident | Not Confident At All | Very Confident | Not too long | | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Not Very Confident | Very Confident | discussions | Exact policies from city of cincinnati | African American (Black) | Male |
| Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | role playing | more scenarios with 4 bystander interventions | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | the general idea of the training | this course is not relative to firehouse life or fire department culture.ie. signs of abuse - turtlenecks being worn? We are not a lot to wear those. We do not travel as a team | Caucasian (White) | Male |
| Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | The Station part (4 bystander interventions) | Make the training free | Caucasian (White) | Male |
| Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | brevity | consideration of fire department culture | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | scenarios | n/a | Caucasian (White) | Female |
| Confident | Not Very Confident | Very Confident | Very Confident | Not Confident At All | Not Very Confident | | | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | | | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | | have someone from HR to advise how to handle procedurally | Caucasian (White) | Male |
| Confident | Very Confident | Not Confident At All | Very Confident | Not Very Confident | Very Confident | I liked the personal interaction | try not to read the slides line for line | African American (Black) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | | | Pacific Islander | Other (please specify) |
| Confident | Confident | Confident | Confident | Confident | Confident | That the FD has finally decided to train supervisors what to do in this situation. Currently we take a test, become a supervisor w/o any type of training about what is expected of you. | Its difficult to think that FD is going to take this topic seriously when the fire chief and A of HR walk out and leave during the training | Mixed Race or Multi-Racial | Male |
| Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | participation required | n/a | African American (Black) | Male |
| Confident | Confident | Not Very Confident | Very Confident | Not Very Confident | Confident | ending activity (bystander scenarios) | | African American (Black) | Male |
| Not Very Confident | Very Confident | Not Very Confident | Very Confident | Not Very Confident | Very Confident | open discussion | role play | Caucasian (White) | Male |
| Not Very Confident | Very Confident | Not Very Confident | Confident | Not Very Confident | Confident | hands on scenarios | more information on the resources to address different individual scenarios | African American (Black) | Male |
| Not Very Confident | Very Confident | Confident | Confident | Not Very Confident | Confident | Constructive and to the point | Gear scenarios specifically to our job ' | Caucasian (White) | Male |
| Not Very Confident | Confident | Not Very Confident | Very Confident | Not Very Confident | Very Confident | The info provided | more interaction | Caucasian (White) | Male |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | spectrum of violence | elaborate on spectrum of violence | Caucasian (White) | Male |
| Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | Very Confident | | | Caucasian (White) | Male |
| Not Very Confident | Very Confident | Not Very Confident | Very Confident | Not Very Confident | Very Confident | | | Caucasian (White) | Male |
| Not Very Confident | Very Confident | Confident | Very Confident | Not Confident At All | Very Confident | the scenarios | | Caucasian (White) | Male |
| Not Very Confident | Not Very Confident | Not Very Confident | Not Very Confident | Not Very Confident | Not Very Confident | n/a | n/a | Caucasian (White) | Male |
| Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | Very Confident | discussion is welcome | know a bit more about audience so we can have better discussion | | |
| Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | everything | nothing | Caucasian (White) | Male |
| Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | | | Other (please specify) | Other (please specify) |
| Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | | | Caucasian (White) | Male |
| Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | Interactive (last portion) | | Caucasian (White) | Male |
| Very Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | Good starting point but not sure the FD fits the mold of regular class | be very direct with established issues that have taken place in the CFD | African American (Black) | Male |
| Very Confident | Very Confident | Not Very Confident | Very Confident | Not Very Confident | Very Confident | | Make scenarios FD based | Caucasian (White) | Male |
| Very Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | | | | |
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | | | Caucasian (White) | Male |
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | | | | |
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | | | Caucasian (White) | Female |
| Very Confident | Confident | Very Confident | Very Confident | Confident | Confident | | | African American (Black) | Male |
| Very Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | | | Caucasian (White) | Male |
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | | | | |
| Very Confident | Very Confident | Very Confident | Very Confident | Confident | Very Confident | The conversations | less lecture, more conversation, more customized to our particular workplace which is very different from all others | Caucasian (White) | Male |
| Confident | Confident | Confident | Not Very Confident | Confident | Not Very Confident | The ending | organize | | Male |
| Confident | Very Confident | Not Very Confident | Very Confident | Not Very Confident | Very Confident | The open discussion | N/a | Caucasian (White) | Male |
| Confident | Confident | Not Very Confident | Confident | Not Very Confident | Very Confident | Very interactive | Allowing different viewpoints | Caucasian (White) | Male |
| Confident | Confident | Confident | Very Confident | Not Very Confident | Confident | | | Caucasian (White) | Male |
| Confident | Confident | Confident | Very Confident | Not Very Confident | Very Confident | Resource Info | N/a | Caucasian (White) | Male |
| Confident | Confident | Not Very Confident | Confident | Confident | Very Confident | non judgmental aspect | larger class group | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | | | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | n/a | n/a | Caucasian (White) | Male |
| Confident | Very Confident | Not Very Confident | Very Confident | Not Very Confident | Very Confident | n/a | n/a | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | | | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | Informative | | Caucasian (White) | |
| Confident | Confident | Confident | Very Confident | Confident | Confident | | | | |
| Confident | Confident | Confident | Confident | Confident | Confident | | | Appalachian | Male |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Confident | Confident | Confident | Confident | Confident | Very Confident | De-escalate and resources | Include more resources inviting to men | Caucasian (White) | |
| Confident | Confident | Confident | Very Confident | Not Very Confident | Confident | The interaction | | African American (Black) | Male |
| Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | being able to provide a list of available resources | | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Confident | Confident | Very Confident | | | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Confident | Very Confident | | | | |
| Confident | Very Confident | Confident | Confident | Confident | Very Confident | Allowing for the open conversation | A little more training on workplace situations | African American (Black) | Female |
| Confident | Confident | Confident | Confident | Not Very Confident | Very Confident | | | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | The space for open conversation | N/a | African American (Black) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | | | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | | I don't feel like it was put together very well | African American (Black) | Male |
| Confident | Very Confident | Not Very Confident | Very Confident | Not Confident At All | Very Confident | Interaction and no right or wrong answers. All are possibly right | n/a | African American (Black) | Male |
| Confident | Confident | Confident | Confident | Not Very Confident | Very Confident | quick and to the point | maybe a break halfway 5-10 min | Caucasian (White) | Male |
| Confident | Confident | Not Very Confident | Confident | Not Very Confident | Very Confident | | | Caucasian (White) | Male |
| Confident | Confident | Not Very Confident | Confident | Not Confident At All | Very Confident | | | Caucasian (White) | Male |
| Not Confident At All | Confident | Confident | Confident | Not Confident At All | Confident | statistics of reported incidents at work | n/a | Appalachian | |
| Not Very Confident | Confident | Not Very Confident | Confident | Confident | Confident | Good discussion & eye opening statistics | Tie in agency practices(action steps) | Caucasian (White) | Male |
| Not Very Confident | Confident | Confident | Confident | Not Confident At All | Very Confident | hands-on | more hands on | Caucasian (White) | Male |
| Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | | | Appalachian | Male |
| Not Very Confident | Confident | Confident | Very Confident | Not Very Confident | Confident | group exercises | | Caucasian (White) | Male |
| Not Very Confident | Very Confident | Not Very Confident | Very Confident | Not Confident At All | Very Confident | | | Appalachian | Male |
| Not Very Confident | Very Confident | Not Very Confident | Very Confident | Not Confident At All | Very Confident | Interactive | n.a. | Caucasian (White) | |
| Very Confident | Very Confident | Very Confident | Very Confident | Confident | Very Confident | it was directed at FD leadership | It should have incorporated city policy and directives- you have to be very careful saying there is no wrong answer. We are held to specific actions by our policy and procedures | Caucasian (White) | Male |
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | the openness and various discussion | | African American (Black) | Male |
| Very Confident | Very Confident | Very Confident | Very Confident | Not Very Confident | Very Confident | Interactive portion (4 step process) | n/a | African American (Black) | Male |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Very Confident | Very Confident | Confident | Very Confident | Not Very Confident | Confident | It promoted a conversation that has long been overdue | Allow more time for conversation amongst participants. It brings more awareness to the subject | African American (Black) | Male |
| Very Confident | Very Confident | Not Very Confident | Very Confident | Confident | Very Confident | | | Caucasian (White) | Male |
| Very Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | Video examples and interactive portions | Go to firehouses and train in the environment that violations happen | African American (Black) | Female |
| Confident | Confident | Confident | Very Confident | Confident | Very Confident | Scenarios/ Interaction | | Caucasian (White) | Male |
| Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | | | | |
| Confident | Confident | Confident | Confident | Confident | Very Confident | Open conversation | N/a | African American (Black) | Male |
| Confident | Very Confident | Very Confident | Very Confident | Confident | Very Confident | | | Caucasian (White) | Male |
| Confident | Very Confident | Not Very Confident | Confident | Not Very Confident | Confident | | | Caucasian (White) | Male |
| Confident | Confident | Not Very Confident | Confident | Not Confident At All | Confident | | | | |
| Confident | Confident | Confident | Confident | Confident | Confident | | | | |
| Confident | Confident | Very Confident | Very Confident | Confident | Confident | | Online would have been sufficient | | |
| Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | Interactive activities and statistics | incorporate graphs, charts, etc. to emphasize the data/ statistics | African American (Black) | Female |
| Confident | Confident | Confident | Confident | Not Very Confident | Confident | scenario based discussion | more video scenario | | |
| Confident | Confident | Confident | Confident | Confident | Confident | very informative and discussion was helpful | | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | | more fire dept based training through our lens | | |
| Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | All inclusive | n/a | African American (Black) | Male |
| Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | That it actually happened showing that there is real care for the welfare of the department members. | | Mixed Race or Multi-Racial | Male |
| Confident | Confident | Confident | Confident | Confident | Very Confident | | | | |
| Confident | Very Confident | Confident | Confident | Confident | Very Confident | | | Other (please specify) | Other (please specify) |
| Confident | Confident | Confident | Confident | Confident | Confident | | | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | | | Middle Eastern | Male |
| Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | | | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | | | | |
| Confident | Confident | Confident | Confident | Not Very Confident | Very Confident | Training created/provoked thought around it. | Supervisor focused training | Caucasian (White) | Male |
| Confident | Confident | Confident | Very Confident | Not Confident At All | Confident | | | Caucasian (White) | Male |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | The presenters kept the class engaged | | | |
| Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | | | | |
| Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | Very Confident | | | Caucasian (White) | Male |
| Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | | | Caucasian (White) | Male |
| Not Very Confident | Confident | Not Very Confident | Very Confident | Not Very Confident | Confident | Personal interactions | | Caucasian (White) | Male |
| Not Very Confident | Not Very Confident | Not Very Confident | Not Very Confident | Not Very Confident | Not Very Confident | | | Caucasian (White) | Male |
| Very Confident | Very Confident | Confident | Very Confident | Very Confident | Very Confident | | | | |
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Inclusion | N/a | Mixed Race or Multi-Racial | Male |
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | | | | |
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Confident | | | Caucasian (White) | Male |
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Open discussion | FD related | | |
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | | | | |
| Very Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | | | | |
| Very Confident | | Very Confident | | Very Confident | | Refresh awareness of these situations | What is the correct way to handle a witnessed and reported harrassment? | Caucasian (White) | Male |
| Very Confident | Very Confident | Confident | Very Confident | Very Confident | Very Confident | | make it more applicable to firehouse work/life. Utilize females on department to develop the program. | Caucasian (White) | Female |
| | Not Confident At All | | Not Confident At All | | Not Confident At All | | In this job ( firefighting) there is too much grey areas. This was not helpful | | |

| Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Comments1 | Comments2 | Race | Gender |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | That the training was introduced by Asst. Chief who asked a victim of domestic violence (by another CFD member) "Do we all feel safe at home?" When a complaint was filed, the other Asst. Chief who was present when question was posed, lied to cover for his buddy, by stating the two had a conversation later that day where the offender stated he had no idea about victim's situation. Whereas the truth is that the lying/covering chief repeatedly came to victim (as soon as next morning) asking whether or not an apology had been given & questioning why the offending | Start by evaluating particular workplace. Hearing this training w/in the CFD is a joke. The Chief (a known sexual harasser) perpetuates the "boys club" mentality. Check CFD records. See how many cases of sexual harassment you can find. They hide it all (hide behind the badge). Now, poll the women and you will get a starkly different perspective, where we are all so tired and beat down by the environment w/ the knowledge that if we press charges or file complaint, nothing will happen regardless of amount of evidence presented. Your training is fined, but as you've likely witnessed | | |
| Confident | Confident | Confident | Confident | Confident | Confident | | | | |
| Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | Being informal participation | | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Very Confident | Confident | Confident | Inclusiveness | More focus on the fire department culture. It is a very unique environment and culture | | |
| Confident | Very Confident | Not Very Confident | Confident | Not Very Confident | Very Confident | Lowkey attitudes, not preaching, interaction | the "roar"(spelling error) AFD video/examples were useful but plug in a few more | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | Education on topics discussed and resources provided to help | | Caucasian (White) | Male |
| Confident | Very Confident | Not Very Confident | Confident | Confident | Very Confident | | | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Confident | Confident | Confident | Discussion/ honesty | N/a | | |
| Not Very Confident | Not Very Confident | Not Very Confident | Not Very Confident | Not Very Confident | Confident | | | | |
| Very Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | I think the training is much needed. It opens eyes to reality | The training could be longer | Caucasian (White) | Male |
| Very Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | More specific training for recognition and some relief actions | Attempt to cover "deception" spelling error or false reporting | African American (Black) | Male |

CITY 000388

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Confident | Confident | Confident | Confident | Confident | Confident | N/a | Digital base- put on center view | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Confident | Not Very Confident | Confident | Interacting in scenarios | Make the scenario more detailed | African American (Black) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | | | | |
| Confident | Very Confident | Confident | Very Confident | Very Confident | Very Confident | | | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Very Confident | Very Confident | Very Confident | | | Caucasian (White) | Male |
| Confident | Confident | Confident | Very Confident | Not Very Confident | Very Confident | Stat based info | More specific incidents | African American (Black) | Male |
| Confident | Confident | Confident | Confident | Not Very Confident | Confident | Interactive | | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | | | | Male |
| Confident | Confident | Confident | Very Confident | Not Confident At All | Very Confident | | | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | Intervention Techniques | | African American (Black) | Male |
| Not Confident At All | Very Confident | Not Confident At All | Very Confident | Not Confident At All | Very Confident | Instructors were very good at relaying info | N/a | African American (Black) | Male |
| Not Very Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | One Bystander technique was helpful | Scenarios need more specifics as you know. Thank you. | Caucasian (White) | Male |
| Not Very Confident | Not Very Confident | Confident | Confident | Confident | Very Confident | Topic is important, looking at different perspectives helps relate | Scenarios need to be more specific to guide decision making. There may not necessarily be "wrong" answers but some are certainly better than others | Caucasian (White) | Male |
| Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | | | Caucasian (White) | Male |
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | I appreciate clear guidance I received at the WHW seminar | The instructors were very clear. I highly suggest that the city of Cincinnati Legal needs to revisit the sexual harassment's policy. i was labeled as disruptive in 2018/2019 by the legal department for reporting sexual harassment. | Mixed Race or Multi-Racial | Male |
| Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | | | Caucasian (White) | Male |
| Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | I gained more awareness | Gender diversity | African American (Black) | Male |
| Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | | | | |
| Confident | Confident | Confident | Confident | Very Confident | Very Confident | | | African American (Black) | Female |
| Confident | Confident | Very Confident | Very Confident | Confident | Very Confident | | | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | Instructors were knowledgeable | N/a | Caucasian (White) | |
| Confident | Very Confident | Not Very Confident | Confident | Not Confident At All | Not Very Confident | Interaction and the trainers situation | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Not Very Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | It was straight forward and to the point | | Caucasian (White) | Male |
| Not Very Confident | Confident | Not Very Confident | Confident | Not Confident At All | Very Confident | | | Caucasian (White) | Male |
| Very Confident | Very Confident | Very Confident | Very Confident | Not Very Confident | Very Confident | | | Caucasian (White) | Male |
| Very Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | | | Caucasian (White) | Male |
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Interactive | Could have more applicability to firehouse life | African American (Black) | Female |
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | | n/a | Caucasian (White) | Male |
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | This is common sense training. it is training needed by 1% but given 99% who don't need it | You all are nice people, but this is unnecessary training | | |
| Very Confident | Confident | Confident | Confident | Confident | Confident | | | Caucasian (White) | Male |
| Confident | Confident | Not Very Confident | Confident | Very Confident | Very Confident | It was basic and interactive which was helpful. the instructors did a good job keeping on target and relative. | | | |
| Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | Verbal exchanges | | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Not Very Confident | Confident | The conversation | Thank you for the time | Caucasian (White) | |
| Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | very well delivered | N/a | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | | | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | | | African American (Black) | Male |
| Confident | Confident | Not Very Confident | Confident | Not Very Confident | Very Confident | | | Caucasian (White) | Male |
| Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | Good information for a new lieutenant like myself | n/a | Caucasian (White) | Male |
| Not Very Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | great information | | African American (Black) | Male |
| Confident | Very Confident | Confident | Very Confident | Confident | Very Confident | The training was informative and I liked the interaction between the instructor and the class. participating in healthy conversations was helpful | I wouldn't change anything. Flowed very well | | |
| Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | The interaction. Drawing people in, forces thought | Maybe more personal stories of firefighter to show more direct behavior changes. Meaning some behavior changes, maybe less obvious. | | |
| Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | | | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | small class | | Caucasian (White) | Male |
| Confident | Very Confident | Very Confident | Very Confident | Confident | Very Confident | Informative | | Caucasian (White) | Male |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Very Confident | Casual, relevant, informative, and actionable | more videos-especially news from around the country | African American (Black) | Male |
| Confident | Very Confident | Not Very Confident | Very Confident | Not Confident At All | Confident | | | | |
| Confident | Confident | Confident | Confident | Confident | Confident | | | Caucasian (White) | Male |
| Confident | Confident | Confident | Confident | Confident | Confident | | | Caucasian (White) | Male |
| Confident | Very Confident | Confident | Very Confident | Not Very Confident | Very Confident | | | African American (Black) | Male |
| Not Very Confident | Confident | Not Very Confident | Confident | Not Very Confident | Confident | | from the fire department feel that the fire chief is the biggest problem. City HR and city manager's office is well aware, female membership has informed City HR; Brought us in as a PWI

Go back seven years to when Washington was AC; There are numerous stories: Wet willie- says it was a case of mistaken identity, but everyone knows it wasn't. He stuck his finger in her ear when he was shaking hands with everyone else. She spoke up about it and it made it to Ed Ramsey and no one did anything about it. | | |

CITY 000391

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | ...st of the women from the fire department feel that the fire chief is the biggest problem. City HR and city manager's office is well aware, female membership has informed City HR; Brought us in as a PWI<br><br>Go back seven years to when Washington was AC; There are numerous stories: Wet willie- says it was a case of mistaken identity, but everyone knows it wasn't. He stuck his finger in her ear when he was shaking hands with everyone else. She spoke up about it and it made it to Ed Ramsey and no one did anything about it. | | |

CITY 000392