EXHIBIT 27

**Pennington, Kim**

| | |
|---|---|
| **From:** | Long, Sheryl |
| **Sent:** | Thursday, January 12, 2023 8:20 PM |
| **To:** | Jamison, Eric; Weber, William; Tallent, Virginia |
| **Subject:** | Re: SIET Initiative Rescoping Needs |

Yes . Considerations for chief should be :communications, the timeline of the climate assessment, union, hr, mayor update, community engagement also council community presentation. Is this helpful ?

Get Outlook for iOS

---

**From:** Jamison, Eric <eric.jamison@cincinnati-oh.gov>
**Sent:** Thursday, January 12, 2023 4:56:38 PM
**To:** Long, Sheryl <Sheryl.Long@cincinnati-oh.gov>; Weber, William <William.Weber@cincinnati-oh.gov>; Tallent, Virginia <Virginia.Tallent@cincinnati-oh.gov>
**Subject:** SIET Initiative Rescoping Needs

Hi Sheryl, Virginia, Billy

My takeaways from today's meeting.  Please provide guidance on #2.

1.  Will work with SGT Wilson to re-scope CPD Recruiting.  Will help him create a plan of action to get them to 60.  Flow chart, Key Measurables & goal #s at each stage, interventions at each stage (what he's going to do differently to make it happen).

2. Spoke with Chief following the meeting and believe we may have a significant scope change for the D5 initiative.  Less about facilities and more about a reorganization.  ==Do I need to work with Chief to rescope?==

Thanks,
Eric

---

**From:** Bohl, Jennifer <Jennifer.Bohl@cincinnati-oh.gov>
**Sent:** Thursday, January 12, 2023 4:17 PM
**To:** Cooper, Jason <Jason.Cooper@cincinnati-oh.gov>; Cosgrove, Kristen <Kristen.Cosgrove@cincinnati-oh.gov>; France, Cindy <cindy.france@cincinnati-oh.gov>; Jamison, Eric <eric.jamison@cincinnati-oh.gov>; Myers, Meagan <meagan.myers@cincinnati-oh.gov>; Vedra, Bill <Bill.Vedra@cincinnati-oh.gov>; Washington, Michael (Chief) <Michael.Washington@cincinnati-oh.gov>; Wilson, Dwayne <Dwayne.Wilson@cincinnati-oh.gov>
**Cc:** Weber, William <William.Weber@cincinnati-oh.gov>; Long, Sheryl <Sheryl.Long@cincinnati-oh.gov>
**Subject:** 1/12 SIET Public Safety Follow Ups

Good afternoon,

Here are the follow ups from today's meeting.

**D5/Master Facilities Plan**
- Update on conversation about moving personnel from D5 building (work with HR)
- Update on Climate Assessment timing (work with Jason Cooper)
- CMO to follow up on RFP

CITY 000694

**CPD Recruiting**
- OPDA: Add HR as attendee to this SIET meeting
- OPDA: follow up with Sgt Wilson for a hiring process map. Identify barriers and opportunities
- Objectives for the next recruit class and long-term goal

**Fire Training Center**

**Violence Reduction**
- Include a new budget exception item for CMO
- List of RPF applicants

**ARC**
- Update on applying for DOJ technical assistance

**MCT**
- Data for resource allocation

**Private Complaints**
- Budget expectations for staffing needs

Thanks,

# Jennifer Bohl

Supervising Management Analyst

City of Cincinnati, Office of Performance & Data Analytics

**O:** 513-352-5368

jennifer.bohl@cincinnati-oh.gov

CITY 000695