**Pennington, Kim**

EXHIBIT

28

exhibitsticker.com

| | |
|---|---|
| **From:** | Washington, Michael (Chief) |
| **Sent:** | Sunday, October 9, 2022 12:59 PM |
| **To:** | Long, Sheryl |
| **Cc:** | malter@iaff48.org; Smith, Sherman |
| **Subject:** | Female Firefighter Call to Action Document |
| **Attachments:** | 22.10.09 Female Firefighter Administrative Call to Action.docx |

Hello Madam Manager,

I recently had a second meeting with the female firefighter's employee resource group (ERG) regarding their Call-to-Action document, at your convenience please give me a call to discuss. Thanks

V/r,

Michael A. Washington
Fire Chief
430 Central Ave, Floor 2
Cincinnati, Ohio 45202
513-352-6221 (O)
513-659-6454 (C)
michael.washington@cincinnati-oh.gov

*"A closed door may slow the spread of smoke, heat and fire. Install smoke alarms in every sleeping room and outside each separate sleeping area" Please this could save your life!*

CITY 000534

# Cincinnati Fire Women ERG Leadership

---

*Administrative Call to Action*

---

To whom it may concern:

In May 2018, the Cincinnati Fire Department's administration developed an employee resource group for the women of the Cincinnati Fire Department. This group has since been led by female firefighters with the assistance of the Human Resources Bureau chief and support from Central HR. In the span of four years, the leadership of this group has worked tirelessly and voluntarily to improve the environment for women on this department.

Despite the progress that has been achieved, the leadership of this group has yet to achieve the desired level of commitment from Fire Administration to **prioritizing** the necessary change to make this fire department an equitable environment for the women who serve. Considering the many failed attempts by the ERG to make requests for changes that often take years to complete, and others that are simply ignored entirely; the leadership of the Cincinnati Fire Women ERG now formally demands the following:

1. **Representation at the Chief Level**
   a. Beginning 10/3/2022, the highest-ranking woman on the department, will be invited to all regularly scheduled command staff meetings and all other meetings involving the entire command staff. I have not an opportunity to address my command staff with this idea, on the surface it sounds like a reasonable act, but the dynamic of the executive staff has a multitude of bends and twist. So, this is not a no, it deserves more consideration and consultation.

2. **Facilities**
   a. The CMO and the fire department will provide a comprehensive update on the plan for renovation and construction to firehouses to better accommodate females by 10/28/22. The plan shall include timelines for the initial phase of projects. The timelines are decided by facilities maintenance, and the contracts are signed by the Purchasing Department, we will check with them to determine a schedule and timeline.
   b. Thereafter, there will be a minimum of biweekly meetings to review progress and the ERG liaison will be invited to all facility planning meetings as it pertains to new firehouses and current firehouse renovations. The ERG is welcome to attend any meetings that the fire department is involved that involves a decision that will affect a female firefighter. We cannot offer this invite on meeting that we are not aware of or invited.

3. **Workplace Safety**
   a. Fire department administration will work to address sexual harassment and hostile workplace behavior in conjunction with the complaints and concerns of women who serve. As far back 12/16/21, I have asked the Purchasing Department to give me a

status report on Request for Proposal (RFP) on a Climate Assessment for the Cincinnati Fire Department, this was two City Managers ago.

b. CMO, Central HR, and the fire department administration will have a plan in place by 11/21/2022 to address the prevention of discrimination, verbal/sexual harassment, and assault in the workplace to include training, policy review, removing barriers to reporting, appropriate discipline on all occurrences, etc. The City is in the process of revising Administrative Regulation 25 to address this very issue, please wait on the release of this document.

**4. Promotional Process Implicit Bias**

a. At least one female assessor will be on the in-person assessment center panel and/or interview panel for any female candidate. This a possible only if it is written in the contract with the test vendor, and if the test vendor get female assessor candidates to participate in the assessing of said promotional test.

b. This shall start with the upcoming Fire Lieutenant promotional process. See the answer to "a."

**5. Cincinnati Fire Women Representative**

a. An ERG representative will be assigned to the human resources division or Fire Chief's office. A member will be placed on a forty-hour schedule beginning week of 10/9/2022 to be the full-time liaison for the Cincy Fire Women ERG and all matters in support of women on this department. This will be a conversation with the CMO to determine budgetary impact, length of time, and scope of work. Local 48 will have to be a part of this conversation as well.

b. This liaison will have the task of communicating with all bureaus, CMO and L48 on issues that affect the work environment for women including but not limited to recruiting, uniforms, facilities, human relations, sexual harassment, discipline, promotional opportunities, training, etc. See answer to "a".

c. This liaison will work to support administration's efforts to continuously address the needs of our female firefighters, assist in recruitment and support all activities that pertain to women on this department. See answer to "a".

d. As stated above, for four years female members have attempted to do this work voluntarily in their spare time. This would not only show the commitment of the fire department and city administration's investment in creating a culture of respect and inclusion. But it would also allow for the ERG liaison to attend all necessary meetings, assist heavily in recruiting, and provide active support to fire admin as needed. See answer to "a".

6. **Uniforms**

a. All uniform items will be available in men's and women's varieties by 12/31/2022. These items can conform to L48 Uniform Committee specificity if attainable but shall not be omitted from availability simply because they do not adhere to the L48 Uniform Committee recommendation. This something that can be handled in the Fire Administration Division since the mandate requiring "American Made" has since been removed from the labor management agreement.

The Cincinnati Fire Women ERG respectfully requests a response to this call to action no later than Friday 10/7/2022.

Respectfully submitted,

*ERG Leadership*