**Pennington, Kim**

| | |
|---|---|
| **From:** | Tallent, Virginia |
| **Sent:** | Tuesday, December 13, 2022 10:26 AM |
| **To:** | Long, Sheryl |
| **Subject:** | FW: Fire Station Renovations |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

For discussion.

**From:** Ramsey, Ed <Ed.Ramsey@cincinnati-oh.gov>
**Sent:** Monday, December 12, 2022 7:23 PM
**To:** Tallent, Virginia <Virginia.Tallent@cincinnati-oh.gov>
**Subject:** Fwd: Fire Station Renovations

Fyi

Sent from my iPhone

Begin forwarded message:

> **From:** "Washington, Michael (Chief)" <Michael.Washington@cincinnati-oh.gov>
> **Date:** December 12, 2022 at 7:08:52 PM EST
> **To:** "Wilkerson, Jerry" <Jerry.Wilkerson@cincinnati-oh.gov>
> **Cc:** "Ramsey, Ed" <Ed.Ramsey@cincinnati-oh.gov>, "Auciello, Lisa" <Lisa.Auciello@cincinnati-oh.gov>, "Braido, Kelsey" <kelsey.braido@cincinnati-oh.gov>, "Toon, Jamie" <Jamie.Toon@cincinnati-oh.gov>, "Smith, Sherman" <Sherman.Smith@cincinnati-oh.gov>, "Flagler, Matthew" <Matthew.Flagler@cincinnati-oh.gov>, "Davis, John" <John.Davis@cincinnati-oh.gov>, "Enginger, Eric" <Eric.Enginger@cincinnati-oh.gov>, "Toon, Jamie" <Jamie.Toon@cincinnati-oh.gov>
> **Subject: Fire Station Renovations**
>
> Hello Jerry,
>
> I hope you are doing just fine, I met with Human Resources and the Employee Resource Group (ERG), Female Firefighter group to discuss issues that are related to female facilities renovation/upgrades. As you are aware this project is long overdue, one main issue that kept reemerging was the lack of information regarding plans, designs, and components in the fire stations upgrades. I expressed concern about the lack of information as well. I assured the ERG that Facilities Management understood the scope of work and the priorities that are related to the project.
>
> I am requesting that if there are any plan reviews, or changes in project scope that not only a fire department representative (Assistant Fire Chief, District Fire Chief, or Fire Captain) be involved

**EXHIBIT 29**

CITY 000460

including a representative from the ERG. I think from the results of this meeting was the fear of the unknown, and the need for information, even if there is NO new information to report. I look forward to working with you and your staff on these exciting projects planned for the Cincinnati Fire Department in 2023. Thanks

The current members assigned to the Administrative Services Division are:

Acting Assistant Fire Chief Matt Flagler
District Fire Chief John Davis
Captain Eric Enginger
Paramedic Training Officer Jamie Toon (ERG)

V/r,

Michael A. Washington
Fire Chief
430 Central Ave, Floor 2
Cincinnati, Ohio 45202
513-352-6221 (O)
513-659-6454 (C)
michael.washington@cincinnati-oh.gov

*"A closed door may slow the spread of smoke, heat, and fire. Install smoke alarms in every sleeping room and outside each separate sleeping area" Please this could save your life!*

CITY 000461