EXHIBIT 30




# FIRE DEPARTMENT HEADQUARTERS
## OFFICE OF THE CHIEF

**NOTICE** #2023-002

**TO:** ALL PERSONNEL

**ISSUED:** February 2, 2023

**SUBJECT:** Sexual Harassment Awareness Training

As Chief of the Fire Department, I am reaffirming my committed to a department-wide culture that is respectful, inclusive, and welcoming. And as leaders in the CFD, I hold you to the same standards and commitment to ensuring these values are instilled in every member of our staff.

Professional development goes beyond the realm of firefighting techniques and learning how to operate the latest technology. It includes being aware of workplace and personnel dynamics and knowing how to navigate and address difficult issues.

By way of this memo, I am informing you of a mandatory Sexual Harassment Awareness training that the City will conduct in partnership with Women Helping Women. All CFD uniform members at or above the rank of Lieutenant, in addition to all members operating in a management role within the department, are required to register.

Please see the attendance schedule below. As you will note, there will be four 90-minute sessions running in succession across the three-unit days. The plan is to take two companies in and out of service category per training session, and staff with officers during that time. Members not assigned to Operations will notify HR of their intended training time. Districts will manage the schedule based on the indicated available time slots. The goal is to fill the 204 spots available as close together as possible.

Special arrangements will be made to accommodate any outliers as 100% participation is a requirement. The attached schedule is proposed but will be managed by Operations DC's. Divisional Chiefs will work within their divisions to ensure that 100% of there officers attend the in person training.

Three Week Proposed Schedule:

|  | 0800-0930 | 1000-1130 | 1300-1430 | 1500-1630 |
|---|---|---|---|---|
| 2/7/2023 | D1 | D2 | D3 | D4 |
| 2/8/2023 | D1 | D2 | D3 | D4 |
| 2/9/2023 | D1 | D2 | D3 | D4 |
| 2/14/2023 | D1 | D2 | D3 | D4 |
| 2/15/2023 | D1 | D2 | D3 | D4 |
| 2/16/2023 | D1 | D2 | D3 | D4 |
| 2/21/2023 | Make-Up | Make-Up | Make-Up | Make-Up |
| 2/22/2023 | Make-Up | Make-Up | Make-Up | Make-Up |
| 2/23/2023 | Make-Up | Make-Up | Make-Up | Make-Up |

AC Sherman L. Smith IV
Assistant Fire Chief

Michael A. Washington
Fire Chief