**Pennington, Kim**

EXHIBIT
31

| | |
|---|---|
| **From:** | Long, Sheryl |
| **Sent:** | Wednesday, August 10, 2022 6:23 PM |
| **To:** | Washington, Michael (Chief); Curp, John |
| **Cc:** | Smith, Sherman |
| **Subject:** | RE: Women In Fire Conference 09/20 to 09/24 |

Yes.

**From:** Washington, Michael (Chief) <Michael.Washington@cincinnati-oh.gov>
**Sent:** Wednesday, August 10, 2022 1:41 PM
**To:** Long, Sheryl <Sheryl.Long@cincinnati-oh.gov>; Curp, John <john.curp@cincinnati-oh.gov>
**Cc:** Smith, Sherman <Sherman.Smith@cincinnati-oh.gov>
**Subject:** Fw: Women In Fire Conference 09/20 to 09/24

Hello Boss,

I am respectfully requesting funding outside of my department's travel and training budget to support 3 to 5 female firefighters to attend the Women In Fire Conference. Thanks

V/r,

Michael A. Washington

Fire Chief

430 Central Ave, Floor 2

Cincinnati, Ohio 45202

513-352-6221 (O)

513-659-6454 (C)

michael.washington@cincinnati-oh.gov

*"A closed door may slow the spread of smoke, heat and fire. Install smoke alarms in every sleeping room and outside each separate sleeping area" Please this could save your life!*

**From:** Smith, Sherman <Sherman.Smith@cincinnati-oh.gov>
**Sent:** Wednesday, August 10, 2022 1:33 PM
**To:** Washington, Michael (Chief) <Michael.Washington@cincinnati-oh.gov>
**Subject:** FW: Women In Fire Conference 09/20 to 09/24

I will work with Lt. Mundy on How to fill out a F70 but here are the numbers for now.

CITY 000418

**From:** Mundy, Alexis <Alexis.Mundy@cincinnati-oh.gov>
**Sent:** Wednesday, August 10, 2022 8:03 AM
**To:** Smith, Sherman <Sherman.Smith@cincinnati-oh.gov>
**Cc:** Toon, Jamie <Jamie.Toon@cincinnati-oh.gov>; Auciello, Lisa <Lisa.Auciello@cincinnati-oh.gov>
**Subject:** Women In Fire Conference 09/20 to 09/24
**Importance:** High

Good morning Chief,

I hope this email finds you well. I have attached a completed Form 70, a travel budget summary, and supporting documentation for our travel request. We are in support of seeking Local 48's support, as well as CAFA as a minority representation(inclusive of women) to cover these costs if needed. With the overwhelming support of council's efforts in years past, we believe that we can garner the support of additional funding sources as needed.

Approximately 5,500 is the total cost for 3 women. For 5 women it would be closer to 8,500.

Please feel free to contact me with any questions or concerns you may have.

Respectfully submitted,
*Alexis Mundy*

Fire Training Lieutenant

Cincinnati Fire Women Representative

Email: Alexis.Mundy@cincinnati-oh.gov

Cell: 513-258-7997

---

**From:** Smith, Sherman <Sherman.Smith@cincinnati-oh.gov>
**Sent:** Sunday, August 7, 2022 9:26 PM
**To:** Mundy, Alexis <Alexis.Mundy@cincinnati-oh.gov>
**Cc:** Toon, Jamie <Jamie.Toon@cincinnati-oh.gov>
**Subject:** RE: [External Email] Weekly Briefing

Lt.

I wonder if I can get you to prepare a travel request for 3 members and I will approach command to see if there is a ware to share the cost between the divisions travel budget and maybe the union.  Let me know if you need help on filling out the form.  I need a number to shoot for to target for the cost.

**From:** Mundy, Alexis <Alexis.Mundy@cincinnati-oh.gov>
**Sent:** Thursday, August 04, 2022 2:27 PM
**To:** Smith, Sherman <Sherman.Smith@cincinnati-oh.gov>
**Cc:** Toon, Jamie <Jamie.Toon@cincinnati-oh.gov>
**Subject:** Fwd: [External Email] Weekly Briefing

CITY 000419

Good afternoon Chief,

I wanted to follow up with you in regards to the Women in Fire conference coming up this fall. As we move towards the end of the early bird registration timeframe, I wanted to inquire and see if there was any potential cost for a group of three-five women members.

Please advise at your earliest convenience,
Lt. Mundy

**From:** Women in Fire <staff@womeninfire.org>
**Date:** July 27, 2022 at 13:51:29 EDT
**To:** "Mundy, Alexis" <Alexis.Mundy@cincinnati-oh.gov>
**Subject: [External Email] Weekly Briefing**
**Reply-To:** Women in Fire <staff@womeninfire.org>

External Email Communication



**WOMEN IN FIRE**

Weekly Briefing

---

CITY 000420

# EARLY BIRD PRICING EXTENDED
# UNTIL JULY 29TH, 2022



**Itinerary**

**Full Agenda**

**Register Now**

CITY 000421



**First for California Department**

On July 13th, Erin Cullinane was promoted to full-time firefighter, the first full-time female at the Sterling Fire Department. Cullinane started her public safety career as a paramedic in 2017.

Read More

---



**Twelve Firefighters in Family**

Herbert Hinsenkamp was a member of the Milwaukee Fire Department in the 1920s. One hundred years later, his great-granddaughter is carrying on the tradition. Jaime Hinsenkamp joined the four generations of her family that have been on the Milwaukee Fire Department.

Read More

---

CITY 000422



**Fire Boss Pilot**

Mikaela Young is not only the first female fire boss pilot, she is also the youngest.  Young became interested in aviation while rebuilding planes with a non-profit in Alaska.

Read More

---



Join Lisa Burton as she presents her class, "**5 Things to Do BEFORE the First 5 Minutes**" on Friday, September 23rd.  Captain Burton will discuss 5 elements to put in place in your call area before an incident occurs to help create a more effective response. This presentation is geared towards responders at all levels wishing to create a stronger, more diverse team relationship to enhance the response capability through inter-agency team building within the community.

**Watch Video**

---

6

CITY 000423

## SPONSORED JOB POSTINGS

### Firefighter & Firefighter/Paramedic
Contra Costa County, California

### Entry Level and Lateral Firefighters
Bellingham, Washington

### Assistant Fire Chief
Lansing, Michigan

### Fire Chief
Sacramento, California

Closes August 8th, 2022

### Single Role Paramedic
Santa Rosa, California

Closes July 28th, 2022

### Fire Chief
Sparks, Nevada

Closes August 17th, 2022

### Firefighter Paramedic (Lateral)
Santa Rosa, California

### Battalion Chief
Beloit, Wisconsin

Closes August 10th, 2022

CITY 000424

THANK YOU TO OUR SPONSORS!





CITY 000425













Want to change how you receive these emails?

You can <u>update your preferences</u> or <u>unsubscribe from this list</u>.



CITY 000426



**Topline Findings & Recommendations for City of Cincinnati**

# Gender Equality Study

Recommendations compiled by
the City of Cincinnati Gender Equality Task Force

Based on research conducted by
University of Cincinnati Gender Equity Research Group

**2020**

CITY 000427

# thank you!

## Members of the Gender Equality Taskforce

Desiré Bennett
Cherika Carter
Meghan Cummings, co-chair
Sister Sally Duffy
Jan Marie Fritz
Shannon Isaacs
Angelita Jones
Brigid Kelly
Jennifer Malat
Susan Noonan, co-chair
Toilynn O'Neal
Alexis Mundy
Umeirra Savani
Kristin Smith Shrimplin

## Researchers

Dr. Anne Sisson Runyan
Dr. Amy Lind
Dr. Kim Conger
Dr. Laura Jenkins
Dr. Michelle McGowan
Dr. Jack Mewhirter
Dr. Rebecca Sanders
Dr. Rina Williams
Ms. Julie Marzec

Many thanks to the student researchers and research assistants on the project.

## Funders

City of Cincinnati

Multiple University of Cincinnati units:

    Office of the Provost
    College of Arts & Sciences
    Dept. of Political Science
    Dept. of Women's, Gender, and Sexuality Studies
    Taft Research Center
    Taft Global Studies Research Group
    Taft Human Rights Research Group
    College of Design, Art, Architecture and Planning
    School of Planning (DAAP)

Community Organizations:

    Zonta International
    Tri-State Freethinkers
    Woman's City Club
    League of Women Voters
    Women's Fund of the Greater Cincinnati Foundation

## Additional Support

    Kelly Carr
    Theresa Lockett
    Nina Jackson
    Connie Roesch
    Councilmember Chris Seelbach
    Ioanna Paraskevopoulos
    Councilmember David Mann
    Sam Molony
    Kate Tepe

CITY 000428

# Dear Mayor Cranley and Cincinnati City Council,

In an effort to spur a worldwide movement around gender equality, the United Nations created CEDAW – the Convention on the Elimination of All Forms of Discrimination Against Women. Even though the United States as a country has not signed on to this convention, leading cities across our country have taken it upon themselves to champion this important work in the spirit of CEDAW.

In May 2017, the City of Cincinnati became the eighth local government in the nation and the first in Ohio to pass a CEDAW-related ordinance, signaling the importance of recognizing gender equality in city operations.

The tenets of the CEDAW work are to commission a gender analysis of city departments and commissions, and to appoint an oversight body to oversee the work and make recommendations to the Mayor and Council about issues that would promote gender equity. The 14-person task force comprising women from diverse fields and perspectives was appointed by Mayor Cranley in November 2017.

The task force worked diligently to design a gender analysis which was carried out by a team of researchers at the University of Cincinnati. This two-phase study, which took nearly two years to complete, examined the composition and pay differentials in departments using HR resources, and the second phase examined five City departments in more detail. We are grateful for the researchers' time and expertise, much of which was donated. This study would not have come to fruition without their above-and-beyond dedication.

Research alone cannot move culture and policy. We are deeply grateful for the thoughts and leadership of the Gender Equality Taskforce, who examined the findings, mined the country for best practices, lent their voices and expertise to the project, and thoughtfully curated the recommendations contained in this report.

We know that by building upon our strengths and taking a constructive and open-minded view to the areas where we can improve, we can achieve true gender equality in our City. This report provides a roadmap to how can we become a fair and equitable city in this regard.

Sincerely,

Susan Noonan

Meghan Cummings

# gender equity today.

# task force
## recommendations

① CREATE A PERMANENT GENDER EQUITY DEPARTMENT AND COMMISSION

② ELEVATE COMMUNITY VOICE DURING DECISION-MAKING

③ INCREASE IMPLICIT BIAS AND CULTURAL COMPETENCY TRAINING FOR ALL CITY EMPLOYEES

④ IMPLEMENT STRATEGIC POLICIES AND PROGRAMMING FOR FEMALE AND PEOPLE OF COLOR CAREER ADVANCEMENT

⑤ CONDUCT ASSESSMENTS OF EMPLOYEES' BIASES ON GENDER AND RACE IN THE POLICE AND FIRE DEPARTMENTS

⑥ INCREASE DOMESTIC VIOLENCE TRAININGS FOR POLICE OFFICERS AND PROSECUTORS

⑦ BROADEN MATERIALS AND PROGRAMMING CONCERNING FEMALE HEALTH AND CAREGIVERS

⑧ IMPROVE WAYS TO REPORT DISCRIMINATION OR HARASSMENT CITY-WIDE

⑨ REQUIRE GENDER AND RACE PAY STANDARDS IN CITY CONTRACTS AND DEVELOPMENT DEALS

⑩ EXECUTE GENDER AND RACE EQUITY BUDGETING

CITY 000430

# task force
## recommendations



### CREATE A PERMANENT GENDER EQUITY DEPARTMENT & COMMISSION

The taskforce recommends creating a permanent division for gender equity. This division will take the lead on recommending, implementing and maintaining gender and race-based decision-making in the City of Cincinnati (City) as well as suggest ways government should be involved in Cincinnati's overall gender equity progress. Dedicated staff resource and funding should be allocated. This department should be supported by a taskforce that will continue the work of this body and advocate for gender equity in the City. The gender equity department and commission should appoint liaisons within each department for ongoing input and analysis. Of note, a similar recommendation came out of the Hamilton County Commission on Women and Girls. This division could be a shared resource splitting time between the two entities.



### ELEVATE COMMUNITY VOICE DURING DECISION-MAKING

University of Cincinnati researchers for the Planning Department found that there was not an explicit effort to diversify the commission working with the department. The Planning Commission emphasized the need for community input and engagement during the planning process, but there is not specific data collection on women's participation and the differential impact on female and people of color communities. In 2017, the Cincinnati City Council conducted a survey of current board and commission members and found the respondents were majority white, male, wealthy and suburban. Women make up only 33 percent of board and commissions. In the last three years, there have been significant steps taken by the City to address this disparity including reporting current board demographics during the appointment process.

However, the taskforce recommends conducting an audit of all current board and commission members with a gender, race and socio-economic lens. Then use this data to create a strategic, multi-year plan to correct the representation gap in our community decision-making through community engagement, deliberate recruitment and addressing barriers to participation. The goal should be that City boards and commissions reflect the demographics of Cincinnati. There are several resources for the City to utilize: The International Association for Public Participation has developed three pillars for effective public participation processes and implementation. The City of Minneapolis has implemented this model and is a best practice example of community engagement for diversity on their boards and commissions.

Case: 1:23-cv-00230-SKB Doc #: 36-32 Filed: 05/08/25 Page: 15 of 33 PAGEID #: 1681



### INCREASE IMPLICIT BIAS & CULTURAL COMPETENCY TRAINING FOR ALL CITY EMPLOYEES

Throughout survey and interviews, respondents requested more and better cultural competency and implicit bias trainings beyond the current trainings offered. They felt this would help them be aware of the experiences and perceptions of their coworkers and the community members they serve. In the Health Department, employees noted that many of the workers are older and need help understanding generational and cultural differences between themselves and their client population. The taskforce recommends implementing implicit bias and cultural competency trainings for City employees. These should be conducted by outside experts, and the City should pay the employees for their time participating. Trainings should be ongoing and not just once during onboarding.

In 2020, according to the City Manager's Office, the City will conduct implicit bias training with the Police Department, as well as implement a "train the trainer" program for ongoing training. Following CPD's rollout, the implicit bias training will be implemented city-wide including City Council.



### IMPLEMENT STRATEGIC POLICIES AND PROGRAMMING FOR FEMALE AND PEOPLE OF COLOR CAREER ADVANCEMENT

University of Cincinnati researchers found little gender or racial pay discrepancies when they examined pay across similar jobs at the City, controlling for such factors as education and seniority. However, the pay gap analysis City-wide shows that women and people of color are less likely to be in high-paying positions within the City, while men and white employees are disproportionately represented at the top. Since this study was conducted, the City has stopped asking job candidates past salary history which has a disproportionate negative impact on female candidates.

The taskforce recommends:

- Assessing potential implicit bias in the recruitment, selection and promotion process by reviewing the career paths and the organizational cultural impact within the City.

- Implementing strategic programming centered on the career advancement for women and people of color, including a mentor program, so that they can have the tools and support to professionally advance within the City.

- Conducting and reporting an internal pay equity audit every two to three years.

CITY 000432

# task force
## recommendations



### **5** CONDUCT ASSESSMENTS OF EMPLOYEES' BIASES ON GENDER AND RACE IN THE POLICE AND FIRE DEPARTMENTS

Survey results from the Police and Fire Departments reveal significant, negative perceptions of females and people of color. UC researchers identified considerable discrepancies between the respondents' results and the actual data in the department. For example, many Police Department employees expressed concern that women and people of color are given special treatment and often professionally advance without merit. This is in contradiction to the data, which shows a leadership gap for women and people of color in the department. The Police and Fire Departments have more frequent interaction with the Cincinnati population than any other departments. The taskforce recommends conducting internal assessments of employees' biases on race and gender and work with a third-party expert to evaluate the departmental culture. In addition, both departments should audit their organization and processes to identify any barriers to professional advancement for women and people of color.

Since our phase one research was conducted with the Fire Department, the department has taken steps to be more inclusive to women by creating an ERG and conducting a training session on implicit bias and gender-based violence. Last year, Fire officials announced that they will purchase female uniforms for their female firefighters. Currently they are wearing uniforms designed for men. This is a great step for the Fire Department. The taskforce recommends the Fire Department continue their work to improve the culture for women in Fire via the ERG established and do further assessment on the needs for the women in the department.



### **6** INCREASE DOMESTIC VIOLENCE TRAININGS FOR POLICE OFFICERS AND PROSECUTORS

During the analysis of the Police Department's domestic violence (DV) policies and procedures, researchers found that police officers receive training at the Police Academy, but there is no periodic, mandatory survivor-centered DV training throughout their career. If it is not already included in the Women Helping Women partnership, the taskforce recommends implementing an annual training for police officers that handle domestic violence cases to better work with gender-based violence survivors. These trainings should be conducted by a third-party survivor support organization credentialed by the Ohio Peace Officer Training Academy. Domestic violence prosecutors should also receive more training in consultation with a survivor support organization.

# task force
## recommendations



## BROADEN MATERIALS & PROGRAMMING CONCERNING FEMALE HEALTH & CAREGIVERS

The textual analysis of the Health Department's materials revealed that women's and girls' health is typically described in terms of motherhood and reproductive health. Further, Health Department survey responses indicated that employees are concerned that there is a perception that care work is a female responsibility. In the first phase of this project, Health employees perceived being a caretaker as having a negative consequence on some measures. Materials and programming should be changed to address other female health topics, such as aging women's health needs, breast cancer, osteoporosis, etc. Changes in the materials should also broaden the images and text to showcase other caregivers, like single fathers or grandparents. The Health in All Policies (HIAP) mainstreaming initiative should also better reflect gender identity and sexual orientation health in relation to the health of racial minorities and the economically disadvantaged.



## IMPROVE WAYS TO REPORT DISCRIMINATION OR HARASSMENT CITY-WIDE

Through interviews and open-ended survey results, employees expressed concerns for the City's reporting procedures for discrimination and harassment claims. They shared that the procedures were not easy to find on the Human Resources website and were not visited after initial employee onboarding. Exit interviews are optional and conducted by supervisors, so if there was discrimination or exclusion in the department, it may not be shared. Further, within the Police and Fire departments, discrimination is reported through the chain of command, which has larger implications on formal processes and disciplinary action.

Since this research was conducted, the City has partnered with Women Helping Women and its WorkStrong® program to enhance its policies addressing gender-based violence. This effort will include training City employees and department directors and reviewing City policies to ensure consistency with best practices. The taskforce recommends implementing a formal, centralized reporting process for all employees to use. Exit interviews should be conducted by a member of the Human Resources department, not departmental supervisors. City employees' options for reporting discrimination or harassment should be advertised throughout the employees' tenures with the City. If departments with chain of command structures cannot use the centralized reporting structures, they should reevaluate their formal reporting processes and implement best practices from the military.

CITY 000434

# task force
## recommendations



### REQUIRE GENDER & RACE PAY STANDARDS IN CITY CONTRACTS & DEVELOPMENT DEALS

The City should consider implementing gender and racial equity qualifications for development incentives and City contracts. All companies that work with the City should be required to submit a pay equity audit for their organization, and the City should set a pay differential acceptable to do business with the vendors. Further, for development projects looking to the City for tax breaks, all construction and new jobs from the development should provide a living wage for the employees. The developer(s) and construction partners looking for the tax break should also submit pay equity audits with minimal gender and racial pay disparity to qualify for any City incentives.



### EXECUTE GENDER & RACE EQUITY BUDGETING

Throughout the research study a similar theme emerged: while the departments are doing work that should have a positive impact on the lives of female and people of color residents, there is a lack of explicit data to support the efforts. Further, gender and race are rarely mentioned in operational and project documents, including the City's budget.

The taskforce recommends the City implement gender and race equity budgeting. Equity budgeting is a method for governments to promote equality using administrative and fiscal policy, and it allows officials to understand the different needs of their constituents and plan, execute and monitor effectively. In each budget session there should be a gender and race analysis to understand the impact funding decisions will have on women and people of color. Conducting ongoing gender and race impact analysis on projects, operations and budgetary recommendations can help City officials make informed decisions on the impact of policy and practice for all community members. This should be a permanent addition to the City's budgeting process and managed by the newly established gender equity department.

The taskforce also recommends the City participates in the Government Alliance of Racial Equity (GARE), which helps governments implement a racial equity toolkit. The City should utilize gender and racial-based budgeting resources through GARE.



cincinnati

CITY 000436



**11 DEPARTMENTS MAJORITY MALE**



**6 DEPARTMENTS MAJORITY FEMALE**



**4 DEPARTMENTS ARE GENDER BALANCED**

**Males (65.8%) and whites (63%) are over-represented in the city employee sector in comparison to the general population of the City of Cincinnati (52% female and 51% non-whites).**

# city wide findings.

**In the first phase of the study,** UC researchers used City Human Resource data on employee demographics and wages from 2013 to 2017 to analyze department composition and pay differentials. Following the initial analysis, the researchers conducted an online survey of employees in five departments, determined by gender composition, to understand how race and gender might impact the workplace experience. The five departments are: Police, Fire, Health, Community and Economic Development and Planning. Below are the results of the City Human Resource data analysis. Department-specific findings are on individual department pages.

- On average, female employees made $2.83 less per hour than male employee, but when controlling for key variables, this was reduced to a $0.09 pay differential.

- On average, non-white employees made $4.10 less per hour than white employees, but when controlling for key variables, this was reduced to a $0.13 pay differential.

- Overall pay differentials appear to be mostly a function of women and non-whites not being in higher-paying positions on average. When tested further in department-intensive analysis, researchers found being a man increases the likelihood that you are in a high-paying position across all these departments.

- Race does not appear to impact promotions or the probability of being in a high-paying position.

# fire department

**The Fire Department** was included in the online survey of employees which asked about their relative happiness, sense of advancement and respect, comfort in reporting misconduct and harassment, and their department's inclusiveness in terms of employees and stakeholders. With respect to survey findings for this department (which was not included in further in-depth research in the second phase of the study.):

- In the Fire Department, being a woman is negatively associated with all variables, indicating women feel consistently less positive about their work/ department.

- People of color, on average in this department, do rate it lower in terms of their perceptions of workplace respect and the level of inclusiveness within the department and its responsiveness to diverse public stakeholders.

- White people, on average in this department, do rate it lower in terms of how they perceive opportunities for advancement and comfort reporting harassment.

- Caretakers, on average in this department, do rate it lower in terms of their perceptions of opportunities for advancement.

CITY 000438

**% of employees who participated in survey.**



**36%**

**Survey particpant demographics:**

**Gender**

89% Male

11% Female

**Race**

77% White

33% Non-White

# recommendations

① Since the findings of phase one were reviewed by the Fire Department, an ERG has been established to implement a plan to be more inclusive for women. This group should continue, and the department should conduct yearly, internal surveys of employees to measure improvement on culture.

② Training sessions on implicit bias and gender-based violence should be routinely conducted department-wide.

③ Last year, Fire officials announced they would purchase female uniforms, as they were wearing uniforms designed for men. This is an excellent to step to improve the experience of women in the department. Fire should continue to identify and address the needs of female firefighters, especially those who are caregivers.

# department of community & economic development

**Results were reported** for the second phase of the project: interviews with employees and documentation evaluation for the Department of Community and Economic Development. The researchers found:

- The programs with the intentionality in advancing women's and racial minorities' economic participation, including Cincy PopShop, Scholar House  and Advancing Diversity in Development initiative, are targeted and helpful.

- Mayor Cranley's Hand Up Initiative (constituting 5.5% of the DCED budget) for job readiness provides transportation and child care. This program considers the needs of women with family and work obligations.

- DCED does make an effort to include diverse stakeholders in their selection and consultation work. However, there are no formal mechanisms for regularly ensuring gender parity or diversity in this, raising gender issues, or considering gender effects "at the outset" in economic and community development planning.

- According to the DCED employees we spoke to, DCED has done an admirable job ensuring that the department is itself diverse, which makes a difference in the accomplishment of projects that seek to help different communities.

CITY 000440

## Community and Economic Development Department Composition



# recommendations

① Increase publicity for the programs that are helpful to women, such as Scholar House, Cincy Pop Shop and Hand Up.

② More explicit and nuanced attention to gender (via record keeping, reflection on these records, and regularized questions about program impacts on women) can enhance gender diversity by attending to intersectionality.

③ With respect to the climate for gender equity within the department, we suggest taking measures to operationalize the good environment that has been established by current leaders, so that it can be sustained as leaders and personnel change over time.

CITY 000441

# health department

**Results were reported** for the first and second phase of the project: quantitative survey, interviews and focus groups with employees and documentation evaluation. The researchers found:

- Health does seek to serve the most vulnerable populations in the City, employs primarily women and women of color as direct service providers for client population of primarily women and people of color, and does have several programs directed at women's reproductive health through a model reproductive justice approach and a more recent men's health initiative.

- Health has recently instituted better data gathering on clients which now include sexual orientations and gender identities and has enlisted some episodic training by community experts to sensitize intake workers and service providers to the need to identify and serve sexual and gender minorities. The model Health in All Policies (HIAP) mainstreaming initiatives also needs attention to gender identity and sexual orientation health.

- The leaders of gender and reproductive health divisions and programs are highly committed to equity and inclusion and seeking, and when possible implementing, innovative and empowering ways to advance them in the workplace and in the field.

- Textual analysis reveals that most references to women in gender and reproductive program web materials: reduce them to mothers, confuse gender with sex, and do not include the range of gender and sexual identities.

CITY 000442

# Department Rating on Work Experience



### WOMEN

on average in this department, do not rate it lower in terms of how they perceive their work experience on any of these measures.



### PEOPLE OF COLOR

on average in this department, do rate it lower in terms of their perceptions of workplace happiness and respect and the level of inclusiveness in the department and in its responsiveness to diverse public stakeholders.



### CAREGIVERS

on average in this department, do not rate it lower in terms of how they perceive their work experience on any of these measures.

# recommendations

**①** Focus groups suggest that there is a resistant culture in the department to consider gender diversity in health approaches, consider gender health beyond the binary, consider women's health beyond their caretaking roles as biological mothers, consider men's health as caretakers, and consider gender health beyond the reproductive years. Textual analysis supports this finding. We recommend elevating current materials and culture to support a variety of women's/ gender health matters and other types of caregivers.

**②** Employees tend to be older and come from similar backgrounds as a result of low turnover and intragenerational hiring. Consider prioritizing diverse candidates when recruiting personnel and ensure onboarding processes emphasize an "intentional culture" of equity and inclusion.

**③** According to focus groups, the department has insufficient cultural competency and equity and inclusion training. We recommend implementing yearly trainings for all Health Department employees performed by outside experts.

**④** The Health in All Policies (HIAP) initiative needs to be more inclusive of gender identity and sexual orientation health.

# planning department

**Results were reported** for the second phase of the project: interviews with employees and documentation evaluation. The researchers found:

- Planning Department members, of which there are very few but who are relatively diverse in terms of normative gender, race, and sexual orientation and are led by a woman (one of the few female department directors in the City), do adhere to the ethics and professional responsibilities of the American Institute of Certified Planners (AICP) which include seeking "social justice" in the planning process through planning for "the needs of the disadvantaged" and promoting "racial and economic integration" and increasing the opportunities for "members of underrepresented groups" to become and advance as planners.

- Gender equity and inclusion is not explicitly mentioned in such ethics, but staff members pointed to current female leadership as a source of encouraging gender awareness and ensuring hiring and advancement are fair in the department.

- Planning staff as a whole are sensitive to gender and intersectional equity issues and seek to balance the needs of all stakeholders in the planning process.

CITY 000444



## Planning Department Composition

**44% MALE** · **56% FEMALE** — Gender

**82% WHITE** · **18% NON-WHITE** — Race

# recommendations

① More specific data collection by planning staff and commission on women's participation in decision-making, and the differential impact of policies and decisions on women and minority communities. This should probably extend to the interconnected departments of building and inspections, zoning, and historical preservation.

② Equity training for the planning commission and neighborhood councils to extend the reach of the AICP's ethical guidelines to those groups making planning and policy decisions.

③ Changes in planning and zoning application forms to reflect the need to consider gender and racial equity in the application stage of development projects and city/neighborhood plans.

# police department

**Results were reported** for the first and second phase of the project: surveys and documentation evaluation. The researchers found:

- With respect to employment equity, employee demographics do not reflect the City's, with significantly less women and people of color than in the population and sworn officer diversity has not changed since 1980, despite more diversity welcoming recruitment efforts.

- An analysis of qualitative responses to the employee survey done in Summer 2018 revealed that women and racial minorities face assumptions from some of their white male peers that their positions are unwarranted and unearned; perceptions of "reverse discrimination" voiced by some white males distracts and detracts from the fact that white men continue to hold most positions and most higher levels positions. This sentiment has made employees of color and women feel less respected and that the department is not responsive to diverse stakeholders in the public.

- The Domestic Violence Enhanced Response Team (DVERT) is an innovative best practice and collaborative effort between the CPD and Women Helping Women. Interviews with both officers and DV advocates suggest DVERT is working by increasing warrants and arrests for DV and helping survivors access services. This service should be expanded and supported.

- Inconsistencies and shortfalls in the arrests and convictions of domestic violence perpetrators as well as in the issuance of protective orders require more uniform policy adherence and evidence-based prosecution.

CITY 000446

# POLICE DEPARTMENT COMPOSITION

## 2017 Sworn & Non-Sworn Employees

**Gender**

**65% Male**

**35% Female**

**Race**

**66% White**

**34% Non-White**

## 2019 Sworn Employees

**Gender**

**78% Male**

**22% Female**

**Race**

**68% White**

**32% Non-White**

# recommendations

**①** CPD should expand efforts to recruit diverse candidates to the force who reflect the demographics of the community served. Further, we recommend implementing a mentorship program to improve representation at all ranks.

**②** CPD should strategize to address inaccurate perceptions among some officers that women and African Americans are disproportionately and/or unfairly promoted, limiting advancement opportunities for white men. The resentments generated by these perceptions are detrimental to an equitable workplace culture and risk spilling over into officers' ability to impartially serve women and minorities in the community.

**③** There is no mandatory additional survivor-specific training for CPD officers beyond that received on domestic violence in the Police Academy. We recommend implementing ongoing training for officers from a survivor-support agency credentialed by the Ohio Peace Officer Training Academy.

**④** Ensure adequate staffing of the Prosecutor's Office, a Special Prosecutor for domestic violence, more continuity in prosecutors assigned domestic violence cases, evidence-based prosecution, greater training on domestic violence of prosecutors and a database on domestic violence case outcomes.

CITY 000448

## Women In Fire Conference

# BUDGET

Amount Budgeted       $6,000.00

% of Budget Spent       **91%**

## Budget

| Item | Description | Cost | Quantity | Amount |
|---|---|---|---|---|
| Flights w/ one carry on bag | Round Trip to Orlando | $388.00 | 3 | $1,164.00 |
| Lodging | 2 Double Rooms/4 Days | $1,800.00 | 1 | $1,800.00 |
| Ground Transportation | 4 Day Rental | $475.00 | 1 | $475.00 |
| Per Diem | 50/day/person | $250.00 | 3 | $750.00 |
| Conference Registration (members) | Registreation for Wednesday-Saturday | $425.00 | 3 | $1,275.00 |
| **Total** | | | | **$5,464.00** |

CITY 000449

FORM 70 S REV. 6/77

CITY OF CINCINNATI
**REQUEST FOR PERMISSION TO TRAVEL**

| DEPARTMENT AND DIVISION | REQUEST DATE | TRAVEL NO. |
|---|---|---|
| FIRE | **8/10/2022** | |

**REQUEST PERMISSION TO TRAVEL OUTSIDE CINCINNATI ON BUSINESS FOR**

NAME  Alexis Mundy (representing members of Cincinnati Fire Women ERG)          TITLE Fire Lieutenant, Cincinnati Fire Women Rep.

Many fire department members in promoted positions have shared how valuable it is to attend trainings and conventions to enhance their personal development as leaders and industry experts. Education and professional development is a productive way to use the travel budget. Because we have so few promoted women, the budget does not often trickle down to opportunities for us.  In addition to knowledge that can be shared by all at the Women in Fire international conference, this an opportunity to gain leadership skills, spark interest in promoting, improve recruitment and retention, broaden training topics, acquire unique tactical skills.

All of these things align with the Gender Equity Task force's recommendations to continue to address the needs of female firefighters by allowing members of the Women's ERG to continue to gain knowledge and insight at the national level to address the issues of female firefighters.

Furthermore, in 2017, the department/Union covered all Professional Development costs for the Women in Fire conference for 2 female Fire personnel. Since we have not sent anyone since then and we are much further along in our ERG progress, we believe that 5 would be an equitable number of ERG members to cover for 2022

DESTINATION       OF  **Women in Fire Conference** Orlando, Florida

DATES  **09/20/2022 to 09/24/2022**

| MODE OF TRANSPORTATION | FUNDS AVAILABLE | |
|---|---|---|
| Flight and ground transportation. | YES | NO |

| ACCOUNT TO BE CHARGED | EST. TOTAL EXPENSE |
|---|---|

| **APPROVED** | CERTIFIED |
|---|---|
| DIVISION HEAD | ASST. TO CITY MANAGER |
| DEPARTMENT HEAD | CITY MANAGER OR HEAD OF BOARD OR COMMISSION |

**Distribution of Copies**
1. **Finance Department**
2. **Returned to Department - Certified**
3. **City Manager, Board of Commission Retains**
4. **Department Retains**
5. **Division Retains**

CITY 000450