**Pennington, Kim**

EXHIBIT 32

| | |
|---|---|
| **From:** | Washington, Michael (Chief) |
| **Sent:** | Monday, March 13, 2023 9:45 PM |
| **To:** | Sanders, Mark J |
| **Cc:** | Long, Sheryl |
| **Subject:** | ERG engagement |

Hello Mark,

This is a follow up from our conversation regarding the ERG. Please continue to engage the ERG, keep inviting them to your meetings, even if they don't show. You are the authority having jurisdiction representing the fire Department, continue to allow buy in when necessary. Thanks

V/r,

Michael A. Washington
Fire Chief
513-352-6221 (Office)
513-659-6454 (Mobile)