EXHIBIT 33

**Pennington, Kim**

| | |
|---|---|
| **From:** | Washington, Michael (Chief) |
| **Sent:** | Thursday, March 10, 2022 6:06 PM |
| **To:** | Long, Sheryl |
| **Cc:** | Curp, John |
| **Subject:** | ERG meeting with female firefighters |

Hello Sheryl,

We had an awesome and productive meeting today outlining the next steps as it relates to which firehouses will be touched in ranking order. All agree this is the most progressive that they (ERG) have seen since the money was authorized several years ago. After the priority list is generated by the ERG, we (administration) will get with the fire station captains to share the designs, after which facilities management will move forward with final plans and request for proposals (purchasing). Thanks

V/r,

Michael A. Washington
Fire Chief
430 Central Ave, Floor 2
Cincinnati, Ohio 45202
513-352-6221 (O)
513-659-6454 (C)
michael.washington@cincinnati-oh.gov

*"A closed door may slow the spread of smoke, heat and fire. Install smoke alarms in every sleeping room and outside each separate sleeping area" Please this could save your life!*