# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL WASHINGTON,** | : | Case No. 1:23-cv-230 |
| | : | |
| Plaintiff, | : | **JUDGE STEPHANIE K. BOWMAN** |
| | : | |
| v. | : | |
| | : | |
| **CITY OF CINCINNATI, OHIO,** | : | NOTICE OF APPEAL |
| et al., | : | |
| | : | |
| Defendants. | : | |

Defendants City of Cincinnati ("City") and Sheryl Long ("Long"), appeal to the United States Court of Appeals for the Sixth Circuit from the Opinion & Order of the United States District Court for the Southern District of Ohio dated August 26, 2025 (Docket No. 47) denying the public officials' entitlement to qualified and statutory immunity from suit. This is an interlocutory appeal from the denial of qualified immunity and statutory immunity under Ohio Revised Code Chapter 2744.

Respectfully submitted,

**EMILY SMART WOERNER (0089349)**
**CITY SOLICITOR**

*/s/ William C. Hicks*
William C. Hicks (068565)
Chief Counsel
Matthew T. Crawford (0089205)
Sr. Assistant City Solicitor
Matthew J. Slovin (0102029)
City Hall, Room 214
801 Plum Street

Cincinnati, Ohio 45202
Phone: (513) 352-3329
Fax: (513) 352-1515
william.hicks@cincinnati-oh.gov
matthew.crawford@cincinnati-oh.gov
matthew.slovin@cincinnati-oh.gov
*Counsel for City Defendants*

## CERTIFICATE OF SERVICE

I hereby certify on August 28, 2025 that a true and accurate copy of the foregoing was filed electronically. Notice of this filing will be sent electronically unless otherwise indicated:

Stephen E. Imm
Matthew S. Okiishi
Rebecca Simpson Heimlich
Finney Law Firm, LLC
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, OH 45245
stephen@finneylawfirm.com
matt@finneylawfirm.com
rebecca@finneylawfirm.com

*/s/ William C. Hicks*
William C. Hicks (068565)