# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
Kelly L. Stephens     POTTER STEWART U.S. COURTHOUSE     Tel. (513) 564-7000
Clerk     CINCINNATI, OHIO 45202-3988     www.ca6.uscourts.gov

Filed: September 02, 2025

Mr. William Christopher Hicks
City of Cincinnati
Law Department
801 Plum Street
Suite 214
Cincinnati, OH 45202

Mr. Matthew S. Okiishi
Finney Law Firm
4270 Ivy Pointe Boulevard
Suite 225
Cincinnati, OH 45245

             Re: Case No. 25-3692, *Michael Washington v. City of Cincinnati, OH, et al*
                  Originating Case No. : 1:23-cv-00230

Dear Counsel,

   This appeal has been docketed as case number **25-3692** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **September 16, 2025**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

|             |                                                      |
|-------------|------------------------------------------------------|
| Appellant:  | Appearance of Counsel                                |
|             | Civil Appeal Statement of Parties & Issues           |
|             | Disclosure of Corporate Affiliations                 |
|             | Application for Admission to 6th Circuit Bar (if applicable) |
|             |                                                      |
| Appellee:   | Appearance of Counsel                                |
|             | Disclosure of Corporate Affiliations                 |
|             | Application for Admission to 6th Circuit Bar (if applicable) |

If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely,

s/Kelly Stephens
Case Management Specialist: Antoinette
Direct Dial No. 513-564-7015

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 25-3692

MICHAEL WASHINGTON

       Plaintiff - Appellee

v.

CITY OF CINCINNATI, OH; SHERYL LONG, individually and in her official capacity as City Manager of the City of Cincinnati

       Defendants - Appellants