## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL WASHINGTON** | : | **Case No.  1:23cv230** |
| | : | |
| **Plaintiff,** | : | **Judge Douglas R. Cole** |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF CINCINNATI, et al.,** | : | **NOTICE OF WITHDRAWAL OF** |
| | : | **COUNSEL** |
| | : | |
| **Defendants.** | : | |

Notice is hereby given that Matthew T. Crawford is withdrawing as counsel for Defendants City of Cincinnati and Sheryl Long in the above captioned case. William C. Hicks will remain as counsel.

Respectfully submitted,

**EMILY SMART WOERNER (0089349)**
**CITY SOLICITOR**

*/s/ Matthew T. Crawford*
Matthew T. Crawford (0089205)
Senior Assistant City Solicitor
801 Plum Street, Room 214
Cincinnati, Ohio 45202
Phone: (513) 352-3346
Fax: (513) 352-1515
Email:Matthew.crawford@cincinnati-oh.gov
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2026, a true and accurate copy of the foregoing Notice of Withdrawal of Counsel was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Matthew T. Crawford*
Matthew T. Crawford (0089205)