**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 29, 2026

Mr. Richard W. Nagel
U.S. District Court
for the Southern District of Ohio
100 E. Fifth Street
103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

Re: Case No. 25-3692
*Michael Washington v. City of Cincinnati, OH, et al*
Originating Case No. 1:23-cv-00230

Dear Mr. Nagel,

Enclosed is a copy of the mandate filed in this case.

Sincerely,

s/Kelly Stephens
Case Management Specialist: Antoinette

cc: Mr. Yazan Samir Ashrawi
Mr. Aaron M. Herzig
Mr. William Christopher Hicks
Mr. Stephen E. Imm
Ms. Samantha B. Isaacs
Mr. Matthew S. Okiishi
Mr. Matthew Jacob Slovin

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

---

No: 25-3692

---

Filed: October 29, 2026

MICHAEL WASHINGTON

Plaintiff - Appellee

v.

CITY OF CINCINNATI, OH; SHERYL LONG, individually and in her official capacity as City Manager of the City of Cincinnati

Defendants - Appellants

MANDATE

Pursuant to the court's disposition that was filed 08/13/2026 the mandate for this case hereby issues today.

COSTS: None